IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID PEARSON,

    Plaintiff,

v.

LACROSSE SHERIFF DEPARTMENT, et al

    Defendants.

ORDER

Case No. 21-cv-723-jdp

    Plaintiff David Pearson has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than December 6, 2021. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff David Pearson may have until December 6, 2021 to submit a trust fund account statement for the period beginning approximately May 15, 2021 and ending approximately November 15, 2021. If, by December 6, 2021, plaintiff fails to

respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 15th day of November, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge